BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
     160 Spear Street Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8935
     Facsimile: (415) 744-0134

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| CARLOS GARCIA RUIZ,<br><br>       Plaintiff,<br><br>   vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:13-CV-1369 SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE AND SERVE CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that the time for filing and serving the certified administrative record be

extended from January 14, 2014, to January 28, 2014.  This is Defendant's first request for an

extension of time.  Defendant respectfully requests this additional time because a complete

Certified Administrative Record is unavailable.

    The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 9, 2014

Respectfully submitted,
*/s   Johnathan Omar Pena*
(As authorized via email on January 9, 2014)
JOHNATHAN OMAR PENA
Attorney for Plaintiff


Dated:  January 9, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:     /s/  *Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant


### ORDER

Pursuant to above stipulation, IT IS HEREBY ORDERED that the time for Defendant to

file and serve the administrative record is extended to January 28, 2014.


IT IS SO ORDERED.

Dated:   **January 9, 2014**               **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext.; 1:130cv001369 SKO                2