UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:13-cv-1369-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF**<br><br>**(Doc. 12)** |

　　　　On May 5, 2014, Plaintiff Carlos Ruiz ("Plaintiff") filed a stipulated request to extend the time to serve Plaintiff's Opening Brief until June 16, 2014.  This is Plaintiff's first request for an extension by stipulation in this matter.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's Opening Brief must be served and filed by June 16, 2014;

　　　　2. The Commissioner's Response must be filed by July 21, 2014; and

　　　　3. Plaintiff must file any Reply to the Commissioner's Response no later than August 8, 2014.

IT IS SO ORDERED.

　　Dated:　**May 7, 2014**　　　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3