# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA RUIZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | CASE NO. 1:13-cv-01369-SKO<br><br>**ORDER DIRECTING THE CLERK TO ADMINISTRATIVELY CLOSE THIS CASE**<br><br>**(Doc. 14)** |

   On June 18, 2014, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Thus, the case is dismissed, the Court is divested of jurisdiction, and the matter shall be administratively closed. *See United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA,* 545 F.3d 1134, 1145 (9th Cir. 2008).[1]

   Accordingly, the Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

   Dated:   **June 23, 2014**                         **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court requested that the parties file a proposed order administratively closing this case, but no proposed order was submitted.